**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 422 MAL 2023

        Petitioner                :

                             :  Petition for Allowance of Appeal

                             :  from the Order of the Superior Court

        v.                  :

                             :

SEIFULLAH ABDUL-SALAAM,         :

                             :

        Respondent            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.